# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>MARIA WEINER; GREAT WESTERN BANK; FIRST COMMUNITY FINANCIAL SERVICES, INC.; EMC MORTGAGE CORPORATION; RESIDENTIAL CREDIT SOLUTIONS, INC.; CITIFINANCIAL SERVICING, LLC; JEFF ALLEN MCCOON, individually and d/b/a PACIFIC STATES CREDIT COMPANY; SHELLPOINT MORTGAGE; and CARVAL INVESTORS LLC,<br><br>                             Defendants. | Case No.: 16-cv-1047-WQH-BLM<br><br>**ORDER** |

HAYES, Judge:

     On October 13, 2016 Plaintiff United States of America filed the First Amended Complaint (the "FAC") (ECF No. 20). The FAC is the operative complaint in this matter. The FAC names nine defendants: Maria Weiner; Great Western Bank; First Community Financial Services, Inc.; EMC Mortgage Corporation; Residential Credit Solutions, Inc.; Citifinancial Servicing, LLC; Jeff Allen McCoon; Shellpoint Mortgage; and Carval Investors LLC. *Id.*

On November 16, 2016, Plaintiff filed a Motion for Entry of Default Against Defendant Jeff Allen McCoon (ECF No. 23). On December 2, 2016, Plaintiff filed a Motion for Entry of Default Against Defendants Great Western Bank; EMC Mortgage Corporation; Residential Credit Solutions, Inc.; and Citifinancial Servicing, LLC (ECF No. 25). On February 23, 2017, the Court entered an Order construing Defendants' Motions for Entry of Default as requests for defaults entered by the Clerk. (ECF No. 28). The docket reflects that the Clerk declined to enter a default for any Defendant.

On September 29, 2017, Plaintiff and Defendant Maria Weiner filed Notifications of Bankruptcy stating that Defendant Maria Weiner filed a petition for bankruptcy (the "Bankruptcy Petition") on September 28, 2017. (ECF Nos. 38 and 39). On February 2, 2018, Plaintiff filed a Status Report stating that "when Ms. Weiner filed a Chapter 13 bankruptcy petition . . . [t]hat petition automatically stayed this proceeding." (ECF No. 41 at 3).

IT IS HEREBY ORDERED that Plaintiffs shall:

(1) file a status report either (a) at the culmination of the proceedings regarding the Bankruptcy Petition or (b) on May 11, 2018, whichever is earlier; and

(2) refile any Requests for Defaults Entered by the Clerk in accordance with Fed. R. Civ. P. 55 that include, for each defendant, either (a) a summons returned executed or (b) an affidavit stating who was served, how, where, and when.

Dated: February 9, 2018

Hon. William Q. Hayes
United States District Court